**WO** KM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ricardo J. Carbajal,          ) | No. CV 06-960-PHX-SMM (DKD) |
| Plaintiff,          ) | **ORDER** |
| vs.          ) | |
| Joseph M. Arpaio, et al.,          ) | |
| Defendants.          ) | |

On April 5, 2006, Plaintiff Ricardo J. Carbajal, who is confined in the Marana Community Correctional Treatment Facility in Marana, Arizona, filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983 and an uncertified Application to Proceed *In Forma Pauperis* ("Application"). (Doc. #1.) On April 18, 2006, the Court issued an Order denying the Application with leave to file a new, certified Application and certified six-month account statement. (Doc. #5.)

On June 21, 2006, Plaintiff filed a new Application, but did not submit a six-month account statement. (Doc. #8.) The Court, on July 27, 2006, denied the new Application with leave to file a third Application and certified account statement. (Doc. #9.)

Plaintiff filed a third Application on August 3, 2006 (Doc. #10). The third Application also does not include a six-month account statement as required by 28 U.S.C. § 1915(a)(2). Accordingly, the Court will deny the third Application.

1  Because Plaintiff has now twice failed to comply with the Court's orders that he 2 submit a certified account statement with a certified Application, this action will be 3 dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to 4 comply with a Court order.  See Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) 5 (stating a district court may dismiss action for failure to comply with any order of the court).

6  **IT IS ORDERED**:

7  (1) Plaintiff's August 3, 2006 Application to Proceed *In Forma Pauperis* (Doc. 8 #10) is **denied**.

9  (2) This action is **dismissed** pursuant to Rule 41(b) of the Federal Rules of Civil 10 Procedure for failure to comply with a Court order; the Clerk of Court must enter judgment 11 and close the case.

12  DATED this 18th day of January, 2007.

*[signature]*

Stephen M. McNamee
United States District Judge